

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

July 14, 2022

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED**.  The initial conference scheduled for August 3, 2022, is **ADJOURNED** to **September 14, 2022**, at **4:10 p.m.**  By **September 7, 2022**, the parties shall file a joint letter and proposed case management plan. (*See* Dkt. No. 8.)

Dated: July 18, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Ohlund v. Blinken*, 22-cv-1005 (LGS)

Dear Judge Schofield:

    This Office represents the Government in the above-captioned employment discrimination action.  On July 7, 2022, Plaintiff filed proof of service as to Secretary of State Anthony Blinken effective May 18, 2022.  *See* Dkt. No. 23.  However, pursuant to Fed. R. Civ. P. 4(i)(2), a plaintiff suing a United States officer in an official capacity must also serve the United States, which under Rule 4(i)(1)(A) and (B) additionally requires service of this Office and the Attorney General.  Additionally, pursuant to Rule 12(a)(2), the Government has 60 days to respond to the Complaint from the date of service upon this Office.

    Mindful that Plaintiff is proceeding pro se and is located in Germany, the Government has agreed to deem service effectuated as of July 12, 2022.  The Government's response to the Complaint is therefore due no later than September 12, 2022.

    The Government accordingly requests that the initial conference currently scheduled for August 3, 2022, be rescheduled for a date after the Government's response to the Complaint is due.

    This is the Government's first request for an adjournment of the initial conference.  Plaintiff consents to this request.

I thank the Court for its consideration.

>Respectfully,
>
>DAMIAN WILLIAMS
>United States Attorney for the
>Southern District of New York
>
>By:    /s/ *Lucas Issacharoff*
>LUCAS ISSACHAROFF
>Assistant United States Attorney
>86 Chambers Street, Third Floor
>New York, New York 10007
>Tel.   (212) 637-2737

cc:    Patricia J. Ohlund
       Fritschestrasse 47
       Berlin 10627
       Germany
       1-30-3237795
       Email: patti_ohlund@hotmail.com